5 A.3d 261

Raymond J. BRITTON, Jr., Appellant

v.

COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Oct. 19, 2010.

## ORDER

PER CURIAM.

AND NOW, this 19th day of October, 2010, the Order of the Commonwealth Court is **AFFIRMED.**